UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Docket No. 25-cv-6717
CHAZ RODRIGUEZ,

                        Plaintiff,

     -against-                                **NOTICE OF REMOVAL**

METROPOLITAN TRANSPORTATION AUTHORITY,
THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, and JOHN DOES 1-5, persons not yet
identified, but upon information and belief to be members of the
NEW YORK CITY POLICE DEPARTMENT,

                        Defendants.
------------------------------------------------------------------X

      **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

      **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, METROPOLITAN TRANSPORTATION AUTHORITY ("Defendant"), by its attorneys, BEE READY LAW GROUP, LLP, hereby gives notice of the removal of this action from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York. In support of its Notice of Removal, the METROPOLITAN TRANSPORTATION AUTHORITY states as follows:

      1.    METROPOLITAN TRANSPORTATION AUTHORITY is a Defendant in a lawsuit commenced in the Supreme Court of the State of New York, New York County, entitled *CHAZ RODRIGUEZ v. METROPOLITAN TRANSPORTATION AUTHORITY, THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, and JOHN DOES 1-5, persons not yet identified, but upon information and belief to be members of the NEW YORK CITY POLICE*

*DEPARTMENT*, Index No. 159500/2025 (the "State Court Action"). A true and correct copy of all pleadings and process served upon the Defendant is attached hereto as Exhibit "A".

2.	The State Court Action was commenced on July 24, 2025, by filing a copy of the Summons and Complaint with the Clerk of the Supreme Court, New York County. A copy of the Summons and Complaint was served upon the Defendant on or about July 29, 2025.

3.	The Complaint alleges that the Defendant, through Police Officers employed by them, engaged in constitutional violations by, among, other things, police misconduct including malicious prosecution and abuse of process, an alleged violation of 42 U.S.C. § 1983.

4.	This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that action arises under the laws of the United States: "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

5.	To the extent that not all of the claims asserted in the Complaint are removable on the ground that they "arise under" the laws of the United States, this Court has supplemental jurisdiction over such claim or claims pursuant to 28 U.S.C. § 1367, in that those claims are so related to the claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

6.	Venue properly lies in the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1441(a), because this district embraces the place where this action is pending.

7.	This Notice of Removal is being filed within 30 days after Defendant was served with a copy of the Summons and Complaint, in accordance with 28 U.S.C. § 1446(b).

8.	Defendant does not, by the filing of this Notice of Removal, waive any defenses that may be available to them.

WHEREFORE, Defendant, METROPOLITAN TRANSPORTATION AUTHORITY, respectfully gives this Notice of Removal of the Summons and Complaint, now pending against them in the Supreme Court of the State of New York, New York County, and has removed that civil action to this Court.

Dated: Mineola, New York
August 14, 2025

          Yours, etc.

          **BEE READY LAW GROUP, LLP**

By: _____
          Andrew K. Preston
          *Attorneys for Defendant*
          *Metropolitan Transportation Authority*
          170 Old Country Road, Suite 200
          Mineola, New York 11501
          apreston@beereadylaw.com
          (516) 746-5599
          Fax No.: (516) 746-1045
          File No.: 6178-2407