UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X    Docket No. 25-cv-6717
CHAZ RODRIGUEZ,

                        Plaintiff,

    -against-                              **VERIFIED ANSWER**

METROPOLITAN TRANSPORTATION AUTHORITY,
THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, and JOHN DOES 1-5, persons not yet
identified, but upon information and belief to be members of the
NEW YORK CITY POLICE DEPARTMENT,

                        Defendants.
-------------------------------------------------------------------X

       Defendant, METROPOLITAN TRANSPORTATION AUTHORITY, by its attorneys, BEE READY LAW GROUP, LLP, as and for its VERIFIED ANSWER to Plaintiff's Complaint, sets forth as follows:

### AS AND FOR AN ANSWER TO FIRST CAUSE OF ACTION

       1.    Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "1" of Plaintiff's Complaint.

       2.    Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "2" of Plaintiff's Complaint.

       3.    Admits each and every allegation contained in Paragraph "3" of Plaintiff's Complaint.

       4.    Admits each and every allegation contained in Paragraph "4" of Plaintiff's Complaint, except aver that the referenced examination was conducted pursuant to Section 1276 of the New York Public Authorities Law.

5.  Denies each and every allegation contained in Paragraph "5" of Plaintiff's Complaint.

6.  Denies each and every allegation contained in Paragraph "6" of Plaintiff's Complaint.

7.  Admits each and every allegation contained in Paragraph "7" of Plaintiff's Complaint.

8.  Denies each and every allegation contained in Paragraph "8" of Plaintiff's Complaint.

9.  Denies each and every allegation contained in Paragraph "9" of Plaintiff's Complaint.

10. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "10" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

11. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "11" of Plaintiff's Complaint.

12. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "12" of Plaintiff's Complaint.

13. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "13" of Plaintiff's Complaint.

14. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "14" of Plaintiff's Complaint.

15. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "15" of Plaintiff's Complaint.

16. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "16" of Plaintiff's Complaint.

17. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "17" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

18. Denies each and every allegation contained in Paragraph "18" of Plaintiff's Complaint.

19. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "19" of Plaintiff's Complaint.

20. Denies each and every allegation contained in Paragraph "20" of Plaintiff's Complaint.

21. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "21" of Plaintiff's Complaint.

22. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "22" of Plaintiff's Complaint.

23. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "23" of Plaintiff's Complaint.

24. Denies each and every allegation contained in Paragraph "24" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

25. Denies each and every allegation contained in Paragraph "25" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

26. Denies each and every allegation contained in Paragraph "26" of Plaintiff's Complaint.

27. Denies each and every allegation contained in Paragraph "27" of Plaintiff's Complaint.

28. Denies each and every allegation contained in Paragraph "28" of Plaintiff's Complaint.

29. Denies each and every allegation contained in Paragraph "29" of Plaintiff's Complaint.

30. Denies each and every allegation contained in Paragraph "30" of Plaintiff's Complaint.

31. Denies each and every allegation contained in Paragraph "31" of Plaintiff's Complaint.

32. Denies each and every allegation contained in Paragraph "32" of Plaintiff's Complaint.

33. Denies each and every allegation contained in Paragraph "33" of Plaintiff's Complaint.

34. Denies each and every allegation contained in Paragraph "34" of Plaintiff's Complaint.

35. Denies each and every allegation contained in Paragraph "35" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

36. Denies each and every allegation contained in Paragraph "36" of Plaintiff's Complaint.

**AS AND FOR AN ANSWER TO SECOND CAUSE OF ACTION**

37. Repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

38. Denies each and every allegation contained in Paragraph "38" of Plaintiff's Complaint.

39. Denies each and every allegation contained in Paragraph "39" of Plaintiff's Complaint.

**AS AND FOR AN ANSWER TO THIRD CAUSE OF ACTION**

40. Repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

41. Denies each and every allegation contained in Paragraph "41" of Plaintiff's Complaint.

42. Denies each and every allegation contained in Paragraph "42" of Plaintiff's Complaint.

**AS AND FOR AN ANSWER TO FOURTH CAUSE OF ACTION**

43. Repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

44. Denies each and every allegation contained in Paragraph "44" of Plaintiff's Complaint.

45. Denies each and every allegation contained in Paragraph "45" of Plaintiff's Complaint.

46. Denies each and every allegation contained in Paragraph "46" of Plaintiff's Complaint..

47. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "47" of Plaintiff's Complaint.

48. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "48" of Plaintiff's Complaint.

49. Denies each and every allegation contained in Paragraph "49" of Plaintiff's Complaint.

50. Denies each and every allegation contained in Paragraph "50" of Plaintiff's Complaint.

**AS AND FOR AN ANSWER TO FIFTH CAUSE OF ACTION**

51. Repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

52. Denies each and every allegation contained in Paragraph "52" of Plaintiff's Complaint.

53. Denies each and every allegation contained in Paragraph "53" of Plaintiff's Complaint.

54. Denies each and every allegation contained in Paragraph "54" of Plaintiff's Complaint.

**AS AND FOR AN ANSWER TO SIXTH CAUSE OF ACTION**

55. Repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

56. Denies each and every allegation contained in Paragraph "56" of Plaintiff's Complaint.

57. Denies each and every allegation contained in Paragraph "57" of Plaintiff's Complaint.

58. Denies each and every allegation contained in Paragraph "58" of Plaintiff's Complaint.

59. Denies each and every allegation contained in Paragraph "59" of Plaintiff's Complaint.

60. Denies each and every allegation contained in Paragraph "60" of Plaintiff's Complaint.

**AS AND FOR AN ANSWER TO SEVENTH CAUSE OF ACTION**

61. Repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

62. Denies each and every allegation contained in Paragraph "62" of Plaintiff's Complaint.

63. Denies each and every allegation contained in Paragraph "63" of Plaintiff's Complaint.

64. Denies each and every allegation contained in Paragraph "64" of Plaintiff's Complaint.

65. Denies each and every allegation contained in Paragraph "65" of Plaintiff's Complaint.

66. Denies each and every allegation contained in Paragraph "66" of Plaintiff's Complaint.

**AS AND FOR AN ANSWER TO EIGHTH CAUSE OF ACTION**

67. Repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

68. Denies each and every allegation contained in Paragraph "68" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

69. Denies each and every allegation contained in Paragraph "69" of Plaintiff's Complaint.

70. Denies each and every allegation contained in Paragraph "70" of Plaintiff's Complaint.

71. Denies each and every allegation contained in Paragraph "71" of Plaintiff's Complaint.

72. Denies each and every allegation contained in Paragraph "72" of Plaintiff's Complaint.

73. Denies each and every allegation contained in Paragraph "73" of Plaintiff's Complaint.

74. Denies each and every allegation contained in Paragraph "74" of Plaintiff's Complaint.

75. Denies each and every allegation contained in Paragraph "75" of Plaintiff's Complaint.

**AS AND FOR AN ANSWER TO NINTH CAUSE OF ACTION**

76. Repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

77. Denies each and every allegation contained in Paragraph "77" of Plaintiff's Complaint.

78. Denies each and every allegation contained in Paragraph "78" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

79. Denies each and every allegation contained in Paragraph "79" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

80. Denies each and every allegation contained in Paragraph "80" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

81. Denies each and every allegation contained in Paragraph "81" of Plaintiff's Complaint.

82. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "82" of Plaintiff's Complaint.

83. Denies each and every allegation contained in Paragraph "83" of Plaintiff's Complaint.

84. Denies each and every allegation contained in Paragraph "84" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

85. Denies each and every allegation contained in Paragraph "85" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

86. Denies each and every allegation contained in Paragraph "86" of Plaintiff's Complaint.

## AS AND FOR AN ANSWER TO TENTH CAUSE OF ACTION

87. Repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

88. Admit that Plaintiff was issued one (1) summons pursuant to Penal Law 240.2(3), one (1) summons pursuant to Penal Law 140.05, and one (1) summons pursuant to NYCRR 150.6(d).

89. Denies each and every allegation contained in Paragraph "89" of Plaintiff's Complaint.

90. Denies each and every allegation contained in Paragraph "90" of Plaintiff's Complaint.

## AS AND FOR AN ANSWER TO ELEVENTH CAUSE OF ACTION

91. Repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

92. Denies each and every allegation contained in Paragraph "92" of Plaintiff's Complaint.

93. Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraph "93" of Plaintiff's Complaint.

94. Denies each and every allegation contained in Paragraph "94" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

95. Denies each and every allegation contained in Paragraph "95" of Plaintiff's Complaint.

96. Denies each and every allegation contained in Paragraph "96" of Plaintiff's Complaint.

97. Denies each and every allegation contained in Paragraph "97" of Plaintiff's Complaint, and respectfully refer all question of law and fact to the Court for ultimate determination.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

98. Whatever injuries and/or damages Plaintiff may have sustained at the time and place alleged in the Complaint, were caused in whole or in part or were contributed to by the culpable conduct and negligence and/or fault and/or want of care and/or intentional conduct on the part of the Plaintiff, including contributory negligence, and without any negligence or fault or want of care on the part of this answering Defendant and that the amount of damages which may be recovered by the Plaintiff shall be diminished in proportion to which her culpable conduct caused said damages.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

99. Defendant, METROPOLITAN TRANSPORTATION AUTHORITY, is not subject to an award of exemplary or punitive damages.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

100. Defendants acted in good faith and with probable cause and justification in the detention of the Plaintiff and, therefore, no claim lies against them in the conduct of their duties.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

101. That Defendants enjoy a qualified immunity with respect to those acts that are performed pursuant to their duties and responsibilities as police officers in the State of New York.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

102. Pursuant to the laws of the State of New York, including the Criminal Procedure Law of the State of New York, S. 140.05 et. seq., MTA police officers acted reasonably, properly and under the law in the alleged stop, and detention of the Plaintiff.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

103. That the actions of the MTA police officers were justified; and that the use of any force, which is denied by the Defendants, was justified, necessary and reasonable under the law of the State of New York and the circumstances of the detention.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

104. That the arrest and detention of the Plaintiff was justified under the Penal Law and Criminal Procedure Law and laws of the State of New York.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

105. That notwithstanding the absence of initiation of a criminal proceeding, if any, the Plaintiff's detention was reasonable.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

106. Under the Court's supplemental jurisdiction pursuant to the law of the State of New York, Plaintiff has failed to state a claim for deprivation of federal rights, malicious prosecution, abuse of process, and excessive force, in whole or in part, upon which relief may be granted.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

107. If any damages are recoverable against the answering Defendant, the amount of such damages shall be diminished by the amount of the funds which Plaintiff has received or shall receive from such collateral source.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

108. Any injuries suffered by Plaintiff were not caused by a negligent or wrongful act or omission of Defendant or any individual acting under their direction or control.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

109. Plaintiff's Complaint must be dismissed, in whole or in part, for failure to state a cause of action upon which relief may be granted.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

110. Plaintiff's claims against all Defendants are frivolous.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

111. Plaintiff's 42 U.S.C. § 1983 claims fail to state a cause of action and are frivolous.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

112. Plaintiff's claims are barred on the ground that Plaintiff's conduct violated applicable state laws.

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

113. At all times, an objective officer of reasonable competence would have had justification to detain Plaintiff.

**AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE**

114. If Defendants are held liable in this action, then any possible damages award should be apportioned so that Defendants are not responsible for the wrongdoing of the non- parties that Plaintiff has failed to include in this action.

**AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE**

115. Plaintiff failed to mitigate or otherwise act to lessen or reduce the damages alleged in the Complaint.

**AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE**

116. Upon information and belief, that the injury or injuries, if any, sustained by the Plaintiff at the time and place, or on the occasion referred to in the Plaintiff's Complaint, were sustained or so suffered or caused, in whole or in part, by the negligent act or acts and/or assumption of risk of the Plaintiff, and the damages recoverable by Plaintiff, if any, shall be diminished in the proportion which the culpable conduct attributable to the Plaintiff bears to the culpable conduct which caused the damages.

**AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE**

117. Upon information and belief, the answering Defendant is free from any negligence and in no way contributed to the occurrence and injuries referred to in the Plaintiff's Complaint.

**AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE**

118. The answering Defendant is entitled to qualified immunity as to any actions alleged since its conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have been aware based upon an objective reasonable assessment of the conduct measured in reference to clearly established law.

### AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE

119. That the Complaint fails to set forth facts sufficient to constitute a deprivation of any constitutional right or other basis for a civil rights claim.

### AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE

120. That the answering Defendant, at all times complained of, acted reasonably and in good faith in the discharge of its official duties and responsibilities.

### AS AND FOR A TWENTY-FOURTH AFFIRMATIVE DEFENSE

121. That the answering Defendant acted in what they did solely pursuant to their duties and responsibilities as law enforcement officials.

### AS AND FOR A TWENTY-FIFTH AFFIRMATIVE DEFENSE

122. That the answering Defendant at all times acted in good faith in that they reasonably believed that they were exercising and acting within their statutory and constitutional powers.

### AS AND FOR A TWENTY-SIXTH AFFIRMATIVE DEFENSE

123. That in performing such duties and responsibilities, the answering Defendant is and was protected by absolute and/or qualified Federal and/or State immunity.

### AS AND FOR A TWENTY-SEVENTH AFFIRMATIVE DEFENSE

124. Plaintiff lacks capacity to bring this suit.

**WHEREFORE**, Defendant, METROPOLITAN TRANSPORTATION AUTHORITY, demands judgment dismissing the Complaint against them, together with costs and disbursements, and for such other relief as the Court may deem just and proper.

Dated: Mineola, New York
       August 14, 2025

        Respectfully submitted,

        **BEE READY LAW GROUP, LLP**

**By:** _____
        Andrew K. Preston (AKP-5857)
        *Attorneys for Defendant*
        *Metropolitan Transportation Authority*
        170 Old Country Road, Suite 200
        Mineola, New York 11501
        Tel. No.: (516) 746-5599
        Fax No.: (516) 746-1045
        apreston@beereadylaw.com
        File No.: 6178-2407